correctly determined that it did not have discretion to sentence Payne below the mandatory minimum sentence of 15 years' imprisonment. *See United States v. Brehm,* 442 F.3d 1291, 1300 (11th Cir. 2006), *petition for cert. filed,* (U.S. Sept. 12, 2006) (No. 06–6496); *see also United States v. Shelton,* 400 F.3d 1325, 1333 n. 10 (11th Cir.2005) ("We emphasize that the district court was, and still is, bound by the statutory minimums."). Accordingly, we affirm.

**AFFIRMED.**

Before ANDERSON and DUBINA, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court should be affirmed for the reasons fully discussed at oral argument.

AFFIRMED.

Robert D. GREER, Plaintiff–Appellant,

v.

BIRMINGHAM BOARD OF EDUCATION, Defendant–Appellee.

No. 05–14953

United States Court of Appeals, Eleventh Circuit.

Oct. 11, 2006.

Kevin Wade Jent, Gregory O. Wiggins, Wiggins, Childs, Quinn & Pantazis, P.C., Birmingham, AL, for Plaintiff–Appellant.

Kenneth L. Thomas, Thomas, Means & Gillis, P.C., Montgomery, AL, Joi C. Scott, Thomas, Means, Gillis & Seay, P.C., Birmingham, AL, for Defendant–Appellee.

UNITED STATES of America, Plaintiff–Appellee,

v.

Mack Ray HERRIN, Jr., Defendant–Appellant.

No. 06–12392
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 11, 2006.

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.